Arrow Financial Services
5996 W. Touchy Ave.
Niles, IL 60714


Berlin Wheeler
711 West McCarty Street
Jefferson City, MO 65101


Capitalone
P.O.B. 60024
City Of Industry, CA 91716


Chase
Box 94014
Palatine, IL 60094


Credit Bureau of SJ County
217 N. San Joaquin Street
Stockton, CA 95202


Direct Loans
U.S. Department of Education
P.O.B. 5609
Greenville, TX 75403


FAA Credit Union
10201 S. Western Ave.
Oklahoma City, OK 73139


GEMB
P.O.B. 981430
El Paso, TX 79998


Hilco Receivables
5 Revere Drive
Northbrook, IL 60062

```
Home Eq
P.O.B. 13716
Sacramento, CA 95853


Jana Ferrell & Assoc.
1432 W. Britton Rd., Ste. 2
Oklahoma City, OK 73114


Midland Credit Management
P.O.B. 60578
Los Angeles, CA 90060


Tulsa Adjustment Bureau
1754 Utica Square Ste. 283
Tulsa, OK 74114


United Student Aid Fund
11100 USA Parkway
Fishers, IN 46038


Wells Fargo
P.O.B. 5943
Sioux Falls, SD 57117


West Asset Management
2703 N. Hwy 75
Sherman, TX 75092
```