Certificate Number: 12459-OKW-CC-009950079

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 17, 2010, at 3:23 o'clock PM PDT,

Janet Ruhl received from

Abacus Credit Counseling,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of Oklahoma, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: February 17, 2010    By    /s/Laura M Ahart

Name    Laura M Ahart

Title    Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

Certificate Number: 12459-OKW-CC-009950078

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 17, 2010, at 3:23 o'clock PM PDT,

Steve Ruhl received from

Abacus Credit Counseling,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Western District of Oklahoma, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: February 17, 2010        By    /s/Laura M Ahart

                                Name  Laura M Ahart

                                Title  Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).