UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

In re: **Steven A. Ruhl** ,  )
     )
**Janet P. Ruhl** ,  )   Case No. _____
     )
Debtor(s).  )

PAY ADVICE COVER SHEET

The attached pay information is filed on behalf of the debtors. The pay advices were received as follows:

| Employer | Beginning date | Ending date |
|---|---|---|
| Edmond Public Schools | 8/20/2009 | 2/19/2010 |
| American Cancer Society | 8/7/2009 | 2/5/2010 |

Filed on **February 25, 2010** .

by **/s/ David Michael Roberts**
(Signature)
**David Michael Roberts**
**3840 N.W. 23rd Street**
**Oklahoma City, OK 73107**

**405-605-3704  affiliatedlegalservices@coxinet.net**
Printed Name, Address, Phone

☒  Attorney for Debtor(s)   OBA# **15835**
☐  Pro se debtor

```
PUTNAM CITY SCHOOLS                    Check Date: 8/20/09  Check #:  240922964
DIST. I-101, OKLAHOMA CITY, OK         Period End Date: 6/29/09  Run #:    1485
     RUHL, STEVEN A.                      Fiscal      Calendar     Current
     TEACHER HIGH SCHOOL 182 DA         14,730.87    14,730.87    2,104.41
     FLEX BENEFIT ALLOWANCE-CER            487.97       487.97       69.71
     ONE TIME NONRECURRING STIP            250.00       250.00
     SUBSTITUTE TEACHER                  1,182.50       522.50
     SUB TEACHER ASSIST                     22.50        22.50
     WORKSHOP                               40.00        40.00
                                       ----------   ----------   ---------
                         Total Pay     16,713.84    16,053.84    2,174.12

     STATE CREDIT -   0 YEARS              35.14                     5.02
     RETIREMENT CERT (CALC1)                                           .00
     AMERICAN UNITED LIFE INS                                          .00
     FICA TAX - NONCERTIFIED                            33.80-         .00
     MEDICARE TAX NONCERTIFIED                           7.90-         .00
     FICA TAX - CERTIFIED                              963.75-      135.11-
     MEDICARE TAX CERTIFIED                            225.40-       31.60-
     OKLAHOMA INCOME TAX                               186.27-       23.12-
     FEDERAL INCOME TAX                                 42.51-         .00
     RETIREMENT FEE - CERT                                             .00
     ACT TEACHER UNION DUES                            266.82-       44.47-
                                       ----------   ----------   ---------
                    Total Deductions       35.14    1,726.45-      229.28-
                                       ----------                ---------
          N E T   C H E C K          240922964                   1,944.84
                                                                ***************

     Tax Marital Status:  M    Exemptions: 05  Location:  705      705
     Deposited with:
       FAA EMPLOYEES CREDIT UN                  Account:  06761209       22

     Absence/Leave Summary      Beg Bal   Earned  Absence   Adjust   Balance
     SICK LEAVE - OUT OF DIST.    .0000    .0000    .0000    .0000    .0000  DAYS
     SICK LEAVE - 10 MONTH       4.0000    .0000    .0000    .0000   4.0000  DAYS
     PAID PERSONAL               1.0000    .0000    .0000    .0000   1.0000  DAYS
     BEREAVEMENT                 5.0000    .0000    .0000    .0000   5.0000  DAYS
     EXTENDED SICK              20.0000    .0000    .0000    .0000  20.0000  DAYS
```

**DIRECT DEPOSIT**

REMOVE DOCUMENT ALONG THIS PERFORATION

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER • THERMOCHROMIC INK ON BACK



TO THE TREASURER OF
**PUTNAM CITY PUBLIC SCHOOLS**
DISTRICT NO. 1-01
Of Oklahoma County Oklahoma
5401 N.W. 40th
Oklahoma City, OK 73122
(405) 495-5200

**DIRECT DEPOSIT**

| DATE | SERIES WAR/CK NO. |
|---|---|
| 8/20/09 | 240922964 |

PAY TO THE ORDER OF

V O I D   V O I D   V O I D   V O I D   V O I D

705
STEVEN A. RUHL
12120 MORITZ CT
OKC  OK  73162

| DEPOSIT AMOUNT |
|---|
| $1,944.84 |

***Direct Deposit***

Payable out of the revenues provided for said district for the current fiscal year within the estimate made and approved for such fiscal year.



Non-Negotiable

## Pay Check/Advice

| Employee Name | Employee Number | Withholding Status Federal | Withholding Status State | Check Date | Check Number |
|---|---|---|---|---|---|
| RUHL, STEVEN | 152641 | M 6 | M 6 | 09/18/2009 | 92160933 |

**Employer Name:** Edmond Public Schools

### Earnings / Deductions / Benefits

| Rate | Time | Amount | Description | Description | Deduction Amount | YTD Deduction Amount | Benefit Amount | YTD Benefit Amount |
|---|---|---|---|---|---|---|---|---|
| 3,383.40 | 168 | 3,383.40 | INSTRUCT. SOFTWARE SPECIALIST | *OKLA GRP INS | 8.56 | 8.56 | | |
| | | | | EPS FELONY SER | 24.95 | 24.95 | | |
| | | | | ADMIN CENTER | 3.00 | 3.00 | | |
| 20.83 | 1.5 | 31.25 | COMPENSATORY TIME PAID | HARTFORD SP | | | 2.88 | 2.88 |
| | | | | SUN LIFE INSURANCE CO. | | | 5.20 | 5.20 |
| | | | | STATE INS BENE-SUPPORT | | | 409.12 | 409.12 |
| | | | | Support Employee TR | | | 257.63 | 257.63 |

### Direct Deposit

| DFI Bank No | DFI Bank Name | DFI Account Number | Amount |
|---|---|---|---|
| 303085227 | FAA CREDIT UNION | ****1209 | 3,005.71 |

| | GROSS | TAX DEFERRED DEDUCTIONS | SEC. 125 | TAXABLE EARNINGS | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | MISC. DEDUC | SOC. SEC MEDICARE | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current | 3,414.65 | 0.00 | 8.56 | 3,406.09 | 26.86 | 85.00 | 27.95 | 260.57 | 3,005.71 |
| YTD | 3,414.65 | 0.00 | 8.56 | 3,406.09 | 26.86 | 85.00 | 27.95 | 260.57 | 3,005.71 |

## Pay Check/Advice

| Employee Name | Employee Number | Withholding Status Federal | Withholding Status State | Check Date | Check Number |
|---|---|---|---|---|---|
| RUHL, STEVEN | 152641 | M 6 | M 6 | 10/20/2009 | 92164797 |

**Employer Name:** Edmond Public Schools

### Earnings / Deductions / Benefits

| Rate | Time | Amount | Description | Description | Deduction Amount | YTD Deduction Amount | Benefit Amount | YTD Benefit Amount |
|---|---|---|---|---|---|---|---|---|
| 3,383.40 | 176 | 3,383.40 | INSTRUCT. SOFTWARE SPECIALIST | *OKLA GRP INS | 17.12 | 25.68 | | |
| | | | | EPS FELONY SER | 0.00 | 24.95 | | |
| | | | | ADMIN CENTER | 3.00 | 6.00 | | |
| 20.83 | 2.6167 | 54.51 | COMPENSATORY TIME PAID | HARTFORD SP | | | 2.88 | 5.76 |
| | | | | SUN LIFE INSURANCE CO. | | | 5.20 | 10.40 |
| 26.00 | 0 | 26.00 | MEAL REIMBURSEMENT | STATE INS BENE-SUPPORT | | | 409.12 | 818.24 |
| | | | | Support Employee TR | | | 259.38 | 517.01 |

### Direct Deposit

| DFI Bank No | DFI Bank Name | DFI Account Number | Amount |
|---|---|---|---|
| 303085227 | FAA CREDIT UNION | ****1209 | 3,062.18 |

| | GROSS | TAX DEFERRED DEDUCTIONS | SEC. 125 | TAXABLE EARNINGS | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | MISC. DEDUC | SOC. SEC MEDICARE | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current | 3,463.91 | 0.00 | 17.12 | 3,446.79 | 30.93 | 87.00 | 3.00 | 263.68 | 3,062.18 |
| YTD | 6,878.56 | 0.00 | 25.68 | 6,852.88 | 57.79 | 172.00 | 30.95 | 524.25 | 6,067.89 |

## Pay Check/Advice

| Employee Name | Employee Number | Withholding Status Federal | Withholding Status State | Check Date | Check Number |
|---|---|---|---|---|---|
| RUHL, STEVEN | 152641 | M 6 | M 6 | 11/20/2009 | 92168896 |

**Employer Name:** Edmond Public Schools

### Earnings

| Rate | Time | Amount | Description |
|---|---|---|---|
| 3,383.40 | 144 | 3,383.40 | INSTRUCT. SOFTWARE SPECIALIST |

### Deductions / Benefits

| Description | Deduction Amount | YTD Deduction Amount | Benefit Amount | YTD Benefit Amount |
|---|---|---|---|---|
| *OKLA GRP INS | 17.12 | 42.80 | | |
| EPS FELONY SER | 0.00 | 24.95 | | |
| ADMIN CENTER | 3.00 | 9.00 | | |
| HARTFORD SP | | | 2.88 | 8.64 |
| SUN LIFE INSURANCE CO. | | | 5.20 | 15.60 |
| STATE INS BENE-SUPPORT | | | 409.12 | 1,227.36 |
| Support Employee TR | | | 255.27 | 772.28 |

### Direct Deposit

| DFI Bank No | DFI Bank Name | DFI Account Number | Amount |
|---|---|---|---|
| 303085227 | FAA CREDIT UNION | ****1209 | 2,999.88 |

| | GROSS | TAX DEFERRED DEDUCTIONS | SEC. 125 | TAXABLE EARNINGS | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | MISC. DEDUC | SOC. SEC MEDICARE | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current | 3,383.40 | 0.00 | 17.12 | 3,366.28 | 22.88 | 83.00 | 3.00 | 257.52 | 2,999.88 |
| YTD | 10,261.96 | 0.00 | 42.80 | 10,219.16 | 80.67 | 255.00 | 33.95 | 781.77 | 9,067.77 |

## Pay Check/Advice Detail

### Past Pay Checks

**Pay Check/Advice**

| Employee Name | Employee Number | Withholding Status Federal | State | Check Date | Check Number |
|---|---|---|---|---|---|
| RUHL, STEVEN | 152641 | M 6 | M 6 | 12/17/2009 | 92173050 |

**Employer Name:** Edmond Public Schools

### Earnings

| Rate | Time | Amount | Description |
|---|---|---|---|
| 3,383.40 | 120 | 3,383.40 | INSTRUCT. SOFTWARE SPECIALIST |

### Deductions / Benefits

| Description | Deduction Amount | YTD Deduction Amount | Benefit Amount | YTD Benefit Amount |
|---|---|---|---|---|
| *OKLA GRP INS | 17.12 | 59.92 | | |
| EPS FELONY SER | 0.00 | 24.95 | | |
| ADMIN CENTER | 3.00 | 12.00 | | |
| HARTFORD SP | | | 2.88 | 11.52 |
| SUN LIFE INSURANCE CO. | | | 5.20 | 20.80 |
| STATE INS BENE-SUPPORT | | | 409.12 | 1,636.48 |
| Support Employee TR | | | 255.27 | 1,027.55 |

### Direct Deposit

| DFI Bank No | DFI Bank Name | DFI Account Number | Amount |
|---|---|---|---|
| 303085227 | FAA CREDIT UNION | ****1209 | 2,999.88 |

| | GROSS | TAX DEFERRED DEDUCTIONS | SEC. 125 | TAXABLE EARNINGS | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | MISC. DEDUC | SOC. SEC MEDICARE | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current | 3,383.40 | 0.00 | 17.12 | 3,366.28 | 22.88 | 83.00 | 3.00 | 257.52 | 2,999.88 |
| YTD | 13,645.36 | 0.00 | 59.92 | 13,585.44 | 103.55 | 338.00 | 36.95 | 1,039.29 | 12,067.65 |

Employee Portal Version 3.9
Copyright © 2009 Weidenhammer Systems Corp. All Rights Reserved.

## Pay Check/Advice

| Employee Name | Employee Number | Withholding Status Federal | Withholding Status State | Check Date | Check Number |
|---|---|---|---|---|---|
| RUHL, STEVEN | 152641 | M 6 | M 6 | 01/20/2010 | 92177157 |

**Employer Name:** Edmond Public Schools

### Earnings

| Rate | Time | Amount | Description |
|---|---|---|---|
|  |  |  | INSTRUCT. |
| 3,383.40 | 152 | 3,383.40 | SOFTWARE SPECIALIST |
| 20.83 | -1 | -20.83 | FULL DOCK |

### Deductions / Benefits

| Description | Deduction Amount | YTD Deduction Amount | Benefit Amount | YTD Benefit Amount |
|---|---|---|---|---|
| *OKLA GRP INS | 13.82 | 13.82 |  |  |
| ADMIN CENTER | 3.00 | 3.00 |  |  |
| HARTFORD SP |  |  | 2.88 | 2.88 |
| SUN LIFE INSURANCE CO. |  |  | 5.20 | 5.20 |
| STATE INS BENE-SUPPORT |  |  | 442.80 | 442.80 |
| Support Employee TR |  |  | 253.71 | 253.71 |

### Direct Deposit

| DFI Bank No | DFI Bank Name | DFI Account Number | Amount |
|---|---|---|---|
| 303085227 | FAA CREDIT UNION | ****1209 | 2,982.78 |

|  | GROSS | TAX DEFERRED DEDUCTIONS | SEC. 125 | TAXABLE EARNINGS | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | MISC. DEDUC | SOC. SEC MEDICARE | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current | 3,362.57 | 0.00 | 13.82 | 3,348.75 | 37.79 | 69.00 | 3.00 | 256.18 | 2,982.78 |
| YTD | 3,362.57 | 0.00 | 13.82 | 3,348.75 | 37.79 | 69.00 | 3.00 | 256.18 | 2,982.78 |

## Pay Check/Advice

| Employee Name | Employee Number | Withholding Status Federal | Withholding Status State | Check Date | Check Number |
|---|---|---|---|---|---|
| RUHL, STEVEN | 152641 | M 6 | M 6 | 02/19/2010 | 92182591 |

**Employer Name:** Edmond Public Schools

| Earnings | | | | Deductions / Benefits | | | | |
|---|---|---|---|---|---|---|---|---|
| Rate | Time | Amount | Description | Description | Deduction Amount | YTD Deduction Amount | Benefit Amount | YTD Benefit Amount |
| 3,383.40 | 160 | 3,383.40 | INSTRUCT. SOFTWARE SPECIALIST | *OKLA GRP INS | 13.82 | 27.64 | | |
| | | | | ADMIN CENTER | 3.00 | 6.00 | | |
| 20.83 | -1 | -20.83 | FULL DOCK | HARTFORD SP | | | 2.88 | 5.76 |
| | | | | SUN LIFE INSURANCE CO. | | | 5.20 | 10.40 |
| | | | | STATE INS BENE-SUPPORT | | | 442.80 | 885.60 |
| | | | | Support Employee TR | | | 253.71 | 508.99 |

### Direct Deposit

| DFI Bank No | DFI Bank Name | DFI Account Number | Amount |
|---|---|---|---|
| 303085227 | FAA CREDIT UNION | ****1209 | 2,982.78 |

| | GROSS | TAX DEFERRED DEDUCTIONS | SEC. 125 | TAXABLE EARNINGS | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | MISC. DEDUC | SOC. SEC MEDICARE | NET PAY |
|---|---|---|---|---|---|---|---|---|---|
| Current | 3,362.57 | 0.00 | 13.82 | 3,348.75 | 37.79 | 69.00 | 3.00 | 256.18 | 2,982.78 |
| YTD | 6,745.97 | 0.00 | 27.64 | 6,718.33 | 77.66 | 138.00 | 6.00 | 513.95 | 5,982.72 |



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| AMZ | 510226 | PLOKR1 | | 0000320470 | 1 |

# EARNINGS  Statement 

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Period Ending: 08/01/2009
Pay Date: 08/07/2009

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  OK: 5, Filing Jointly or Surviving Spouse

JANET P RUHL
12120 MORITZ CT
OKLAHOMA CITY, OK 73162

Social Security Number: XXX-XX-4579

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1548.08 | | 1,393.27 | 24,606.77 |
| **Gross Pay** | | | **$1,393.27** | 24,606.77 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -67.12 | 1,217.38 |
| Medicare Tax | | -15.70 | 284.71 |
| OK State Income Tax | | -11.00 | 294.00 |
| Federal Income Tax | | | 54.27 |
| Other | | | |
| Acs Charity | | -25.00 | 400.00 |
| Checking | | -880.18 | |
| Cigna Health | | -97.95* | 1,567.20 |
| Dental Ins | | -9.09* | 145.44 |
| Depend Life | | -0.42 | 6.72 |
| Fsa Medical | | -192.31* | 3,076.96 |
| Spouse Life | | -3.35 | 53.60 |
| Supplemental Lf | | -10.11 | 143.42 |
| Vision Ins | | -11.38* | 182.08 |
| 403B | | -69.66* | 1,230.28 |
| Acs Can | | | 10.00 |
| **Net Pay** | | **$880.18** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,012.88



HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Advice number: 00000320470
Pay date: 08/07/2009

Deposited to the account of
JANET P RUHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9343 | xxxx xxxx | $880.18 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| AMZ | 510226 | | PLOKR1 | 0000340470 | 1 |



HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

# EARNINGS Statement



Period Ending: 08/15/2009
Pay Date: 08/21/2009

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 5
　OK: 5, Filing Jointly or Surviving Spouse

JANET P RUHL
12120 MORITZ CT
OKLAHOMA CITY, OK 73162

Social Security Number: XXX-XX-4579

| **Earnings** | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1548.08 | | 1,548.08 | 26,154.85 |
| **Gross Pay** | | | **$1,548.08** | 26,154.85 |

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Social Security Tax | -76.71 | 1,294.09 |
| | Medicare Tax | -17.94 | 302.65 |
| | OK State Income Tax | -19.00 | 313.00 |
| | Federal Income Tax | | 54.27 |
| | **Other** | | |
| | Acs Charity | -25.00 | 425.00 |
| | Checking | -1,007.42 | |
| | Cigna Health | -97.95* | 1,665.15 |
| | Dental Ins | -9.09* | 154.53 |
| | Depend Life | -0.42 | 7.14 |
| | Fsa Medical | -192.31* | 3,269.27 |
| | Spouse Life | -3.35 | 56.95 |
| | Supplemental Lf | -10.11 | 153.53 |
| | Vision Ins | -11.38* | 193.46 |
| | 403B | -77.40* | 1,307.68 |
| | Acs Can | | 10.00 |
| **Net Pay** | | **$1,007.42** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,159.95

© 2005 ADP, Inc

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Advice number: 00000340470
Pay date: 08/21/2009

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| JANET P RUHL | xxxxx9343 | xxxx xxxx | $1,007.42 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| AMZ | 510226 | PLOKR1 | | 0000400460 | 1 |

# EARNINGS STATEMENT





HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Period Ending: 09/26/2009
Pay Date: 10/02/2009

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  5
  OK:  5, Filing Jointly or Surviving Spouse

JANET P RUHL
12120 MORITZ CT
OKLAHOMA CITY, OK 73162

Social Security Number: XXX-XX-4579

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1548.08 | | 1,548.08 | 30,799.09 |
| **Gross Pay** | | | **$1,548.08** | 30,799.09 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -76.72 | 1,524.24 |
| Medicare Tax | | -17.95 | 356.48 |
| OK State Income Tax | | -19.00 | 370.00 |
| Federal Income Tax | | | 54.27 |
| **Other** | | | |
| Acs Charity | | -25.00 | 500.00 |
| Checking | | -1,007.40 | |
| Cigna Health | | -97.95* | 1,959.00 |
| Dental Ins | | -9.09* | 181.80 |
| Depend Life | | -0.42 | 8.40 |
| Fsa Medical | | -192.31* | 3,846.20 |
| Spouse Life | | -3.35 | 67.00 |
| Supplemental Lf | | -10.11 | 183.86 |
| Vision Ins | | -11.38* | 227.60 |
| 403B | | -77.40* | 1,539.88 |
| Acs Can | | | 10.00 |
| **Net Pay** | | **$1,007.40** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,159.95

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Advice number: 00000400460
Pay date: 10/02/2009

Deposited to the account of
JANET P RUHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9343 | xxxx xxxx | $1,007.40 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| AMZ | 510226 | PLOKR1 | | 0000420455 | 1 |

# EARNINGS STATEMENT

**ADP**



HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Period Ending: 10/10/2009
Pay Date: 10/16/2009

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  OK: 5, Filing Jointly or Surviving Spouse

JANET P RUHL
12120 MORITZ CT
OKLAHOMA CITY, OK 73162

Social Security Number: XXX-XX-4579

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1548.08 | | 1,548.08 | 32,347.17 |
| **Gross Pay** | | | **$1,548.08** | 32,347.17 |

**Deductions**

Statutory
| | | |
|---|---|---|
| Social Security Tax | -76.71 | 1,600.95 |
| Medicare Tax | -17.94 | 374.42 |
| OK State Income Tax | -19.00 | 389.00 |
| Federal Income Tax | | 54.27 |

Other
| | | |
|---|---|---|
| Acs Charity | -25.00 | 525.00 |
| Checking | -1,007.42 | |
| Cigna Health | -97.95* | 2,056.95 |
| Dental Ins | -9.09* | 190.89 |
| Depend Life | -0.42 | 8.82 |
| Fsa Medical | -192.31* | 4,038.51 |
| Spouse Life | -3.35 | 70.35 |
| Supplemental Lf | -10.11 | 193.97 |
| Vision Ins | -11.38* | 238.98 |
| 403B | -77.40* | 1,617.28 |
| Acs Can | | 10.00 |

**Net Pay**        **$1,007.42**

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,159.95

© 2000 ADP, Inc

---

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Advice number: 00000420455
Pay date: 10/16/2009

**THIS IS NOT A CHECK**

Deposited to the account of
JANET P RUHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9343 | xxxx xxxx | $1,007.42 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| AMZ | 510226 | PLOKR1 | | 0000460450 | 1 |

# EARNINGS STATEMENT





HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Period Ending:   11/07/2009
Pay Date:        11/13/2009

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   5
  OK:        5, Filing Jointly or Surviving Spouse

JANET P RUHL
12120 MORITZ CT
OKLAHOMA CITY, OK 73162

Social Security Number: XXX-XX-4579

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1548.08 | | 1,548.08 | 35,443.33 |
| **Gross Pay** | | | **$1,548.08** | 35,443.33 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | | -76.72 | 1,754.39 |
| Medicare Tax | | -17.94 | 410.30 |
| OK State Income Tax | | -19.00 | 427.00 |
| Federal Income Tax | | | 54.27 |
| **Other** | | | |
| Acs Charity | | -25.00 | 575.00 |
| Checking | | -1,007.41 | |
| Cigna Health | | -97.95* | 2,252.85 |
| Dental Ins | | -9.09* | 209.07 |
| Depend Life | | -0.42 | 9.66 |
| Fsa Medical | | -192.31* | 4,423.13 |
| Spouse Life | | -3.35 | 77.05 |
| Supplemental Lf | | -10.11 | 214.19 |
| Vision Ins | | -11.38* | 261.74 |
| 403B | | -77.40* | 1,772.08 |
| Acs Can | | | 10.00 |
| **Net Pay** | | **$1,007.41** | |

* Excluded from federal taxable wages
  Your federal taxable wages this period are
  $1,159.95

© 2000 ADP, Inc

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Advice number:   00000460450
Pay date:        11/13/2009

Deposited to the account of       account number       transit ABA       amount
JANET P RUHL                      xxxxx9343            xxxx xxxx         $1,007.41

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| AMZ | 510226 | PLOKR1 | | 0000480452 | 1 |

# EARNINGS Statement 



HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Period Ending:  11/21/2009
Pay Date:       11/25/2009

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:  5
  OK:       5, Filing Jointly or Surviving Spouse

JANET P RUHL
12120 MORITZ CT
OKLAHOMA CITY, OK 73162

Social Security Number: XXX-XX-4579

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1548.08 | | 1,548.08 | 36,991.41 |
| **Gross Pay** | | | **$1,548.08** | 36,991.41 |

**Deductions**

Statutory

| | | |
|---|---|---|
| Social Security Tax | -76.71 | 1,831.10 |
| Medicare Tax | -17.94 | 428.24 |
| OK State Income Tax | -19.00 | 446.00 |
| Federal Income Tax | | 54.27 |

Other

| | | |
|---|---|---|
| Acs Charity | -25.00 | 600.00 |
| Checking | -1,007.48 | |
| Cigna Health | -97.95* | 2,350.80 |
| Dental Ins | -9.09* | 218.16 |
| Depend Life | -0.42 | 10.08 |
| Fsa Medical | -192.25* | 4,615.38 |
| Spouse Life | -3.35 | 80.40 |
| Supplemental Lf | -10.11 | 224.30 |
| Vision Ins | -11.38* | 273.12 |
| 403B | -77.40* | 1,849.48 |
| Acs Can | | 10.00 |

**Net Pay**   **$1,007.48**

* Excluded from federal taxable wages
  Your federal taxable wages this period are
  $1,160.01

© 2000 ADP, Inc.

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Advice number:   00000480452
Pay date:        11/25/2009

Deposited to the account of
JANET P RUHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9343 | xxxx  xxxx | $1,007.48 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| AMZ | 510226 | PLOKR1 | | 0000500448 | 1 |

**Earnings Statement** — ADP



HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Period Ending: 12/05/2009
Pay Date: 12/11/2009

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 5
 OK: 5, Filing Jointly or Surviving Spouse

JANET P RUHL
12120 MORITZ CT
OKLAHOMA CITY, OK 73162

Social Security Number: XXX-XX-4579

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1548.08 | | 1,548.08 | 38,539.49 |
| **Gross Pay** | | | **$1,548.08** | 38,539.49 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -76.72 | 1,907.82 |
| Medicare Tax | | -17.94 | 446.18 |
| OK State Income Tax | | -19.00 | 465.00 |
| Federal Income Tax | | | 54.27 |
| Other | | | |
| Acs Charity | | -25.00 | 625.00 |
| Checking | | -1,007.41 | |
| Cigna Health | | -97.95* | 2,448.75 |
| Dental Ins | | -9.09* | 227.25 |
| Depend Life | | -0.42 | 10.50 |
| Fsa Medical | | -192.31* | 4,807.69 |
| Spouse Life | | -3.35 | 83.75 |
| Supplemental Lf | | -10.11 | 234.41 |
| Vision Ins | | -11.38* | 284.50 |
| 403B | | -77.40* | 1,926.88 |
| Acs Can | | | 10.00 |
| **Net Pay** | | **$1,007.41** | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $1,159.95

© 2000 ADP, Inc.

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Advice number: 00000500448
Pay date: 12/11/2009

Deposited to the account of
JANET P RUHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9343 | xxxx xxxx | $1,007.41 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| AMZ | 510226 | PLOKR1 | | 0000520453 | 1 |

# EARNINGS STATEMENT





HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Period Ending: 12/19/2009
Pay Date: 12/24/2009

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 5
 OK: 5, Filing Jointly or Surviving Spouse

JANET P RUHL
12120 MORITZ CT
OKLAHOMA CITY, OK 73162

Social Security Number: XXX-XX-4579

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1548.08 | | 1,548.08 | 40,087.57 |
| Gross Pay | | | $1,548.08 | 40,087.57 |

**Deductions**

Statutory

| | | |
|---|---|---|
| Social Security Tax | -76.72 | 1,984.54 |
| Medicare Tax | -17.95 | 464.13 |
| OK State Income Tax | -19.00 | 484.00 |
| Federal Income Tax | | 54.27 |

Other

| | | |
|---|---|---|
| Acs Charity | -25.00 | 650.00 |
| Checking | -1,007.40 | |
| Cigna Health | -97.95* | 2,546.70 |
| Dental Ins | -9.09* | 236.34 |
| Depend Life | -0.42 | 10.92 |
| Fsa Medical | -192.31* | 5,000.00 |
| Spouse Life | -3.35 | 87.10 |
| Supplemental Lf | -10.11 | 244.52 |
| Vision Ins | -11.38* | 295.88 |
| 403B | -77.40* | 2,004.28 |
| Acs Can | | 10.00 |

| Net Pay | $1,007.40 | |
|---|---|---|

\* Excluded from federal taxable wages
Your federal taxable wages this period are $1,159.95

© 2000 ADP, Inc.

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Advice number: 00000520453
Pay date: 12/24/2009

Deposited to the account of
JANET P RUHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9343 | xxxx xxxx | $1,007.40 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**




| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| AMZ | 510226 | PLOKR1 | | 0000030452 | 1 |

## Earnings Statement

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Period Ending: 01/16/2010
Pay Date: 01/22/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  5
  OK:       5, Filing Jointly or Surviving Spouse

JANET P RUHL
12120 MORITZ CT
OKLAHOMA CITY, OK 73162

Social Security Number: XXX-XX-4579

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1548.08 | | 1,548.08 | 3,096.16 |
| **Gross Pay** | | | **$1,548.08** | 3,096.16 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -3.76 | 7.52 |
| | Social Security Tax | -83.44 | 166.87 |
| | Medicare Tax | -19.52 | 39.03 |
| | OK State Income Tax | -19.00 | 38.00 |
| | **Other** | | |
| | Checking | -1,128.72 | |
| | Cigna Health | -103.83* | 207.66 |
| | Dental Ins | -9.09* | 18.18 |
| | Depend Life | -0.42 | 0.84 |
| | Fsa Medical | -76.92* | 153.84 |
| | Spouse Life | -3.35 | 6.70 |
| | Supplemental Lf | -10.11 | 20.22 |
| | Vision Ins | -12.52* | 25.04 |
| | 403B | -77.40* | 154.80 |
| | **Net Pay** | **$1,128.72** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,268.32

---

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Advice number: 00000030452
Pay date: 01/22/2010

Deposited to the account of
JANET P RUHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9343 | xxxx xxxx | $1,128.72 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| AMZ | 510226 | PLOKR1 | | 0000050457 | 1 |



HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

# Earnings Statement



Period Ending: 01/30/2010
Pay Date: 02/05/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 5
  OK: 5, Filing Jointly or Surviving Spouse

JANET P RUHL
12120 MORITZ CT
OKLAHOMA CITY, OK 73162

Social Security Number: XXX-XX-4579

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1548.08 | | 1,548.08 | 4,644.24 |
| **Gross Pay** | | | **$1,548.08** | 4,644.24 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -3.76 | 11.28 |
| Social Security Tax | -83.43 | 250.30 |
| Medicare Tax | -19.51 | 58.54 |
| OK State Income Tax | -19.00 | 57.00 |

| Other | | |
|---|---|---|
| Checking | -1,128.74 | |
| Cigna Health | -103.83* | 311.49 |
| Dental Ins | -9.09* | 27.27 |
| Depend Life | -0.42 | 1.26 |
| Fsa Medical | -76.92* | 230.76 |
| Spouse Life | -3.35 | 10.05 |
| Supplemental Lf | -10.11 | 30.33 |
| Vision Ins | -12.52* | 37.56 |
| 403B | -77.40* | 232.20 |

| **Net Pay** | | **$1,128.74** |
|---|---|---|

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,268.32

---

HIGH PLAINS DIVISION INC.
1100 PENNSYLVANIA AVE.
KANSAS CITY, MO 64105

Advice number: 00000050457
Pay date: 02/05/2010

**THIS IS NOT A CHECK**

Deposited to the account of
JANET P RUHL

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9343 | xxxx xxxx | $1,128.74 |

**NON-NEGOTIABLE**