B27 (Official Form 27)(12/09)

# United States Bankruptcy Court
## Western District of Oklahoma

In Re __Steven & Janet Ruhl__
   Debtor

Case No. __10-10928__
Chapter __7__

# REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: __FAA Credit Union__

2. Amount of the debt subject to this reaffirmation agreement:
   $__9,369.20__ on the date of bankruptcy  $__9,369.20__ to be paid under reaffirmation agreement

3. Annual percentage rate of interest: __9.990__ % prior to bankruptcy
   __9.990__ % under reaffirmation agreement (__X__ Fixed Rate ____ Adjustable Rate)

4. Repayment terms (if fixed rate): $__388.00__ per month for __25__ months

5. Collateral, if any, securing the debt: Current market value: $__7,000__
   Description: __2006 Mazda MPV__

6. Does the creditor assert that the debt is nondischargeable? ___Yes __X__ No
   (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | | Debtor's Income and Expenses as Stated on Reaffirmation Agreement | |
|---|---|---|---|
| 7A. Total monthly income from Schedule I, Line 16 | $ 5828.73 | 7B. Monthly income from all sources after payroll deductions | $ 5828.73 |
| 8A. Total monthly expenses from Schedule J, line 18 | $ 5408.00 | 8B. Monthly expenses | $ 5408.00 |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J | $ ____ | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses | $ ____ |
| | | 10B. Net monthly income (Subtract sum of lines 8B and 9B from Line 7B. If total is less than zero, put the number in brackets.) | $ 420.73 |

B27 (Official Form 27)(12/09)                                                                                                              Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):
_____
_____

12. Explain with specificity any difference between the expense amounts (8A and 8B):
_____
_____

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

X_____          X_____
Signature of Debtor (only required if           Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)                     required if line 11 or 12 is completed)

Other information

☐  Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:_____
_____

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
    ✓ Yes             _____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
    ✓ Yes             _____ No

## FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_Martha A Amos_
Signature

MARTHA A Amos, Collections Mangers
Print/Type Name & Signer's Relation to Case

B240A (Form B240A) (12/09)

Check one.
❏ Presumption of Undue Hardship
❏ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation, Part II below, to determine which box to check*

# United States Bankruptcy Court
## Western District of Oklahoma

In re: **Steven & Janet Ruhl**                             Case No. 10-10928
         Debtor                                            Chapter    7

## REAFFIRMATION DOCUMENTS
**Name of Creditor:** FAA CREDIT UNION
☒ Check this box if Creditor is a Credit Union

### I. REAFFIRMATION AGREEMENT

**Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this Reaffirmation Documents packet.**

1. Brief description of the original agreement being reaffirmed: __Auto Loan__
   *For example, auto loan*

2. *AMOUNT REAFFIRMED*:     $    9,369.20

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before the date you sign this Reaffirmation Agreement.

   *See the definition of "Amount Reaffirmed" in Part V.C. below.*

3. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is __9.990__ %.

   *See the definition of "Annual Percentage Rate" in Part V.C. below.*

   This is a (check one)   ❏ Fixed rate      ❏ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

Form B240A, Reaffirmation Documents                                                                 Page 2

4. Reaffirmation Agreement Repayment Terms:

    If fixed term, $ __388.00__ per month for __25__ months starting on __2/28/2010__ .

    If not fixed term, describe payments terms:_____.

5. Describe the collateral, if any, securing the debt:

    Description: _____2006 Mazda MPV_____
    Current Market Value     $_____7,000_____

6. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

    Yes          No

    If yes, what was the purchase price for the collateral?   $_____

    If no, what was the amount of the original loan? $_____

7. Detail the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms after Reaffirmation |
|---|---|---|
| Balance due (including fees and costs) | $_____ | $_____ |
| Annual Percentage Rate | _____% | _____% |
| Monthly Payment | $_____ | $_____ |

8.     Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:_____

## II. DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

1. Were you represented by an attorney during the course of negotiating this agreement?

    Check One.   (Yes)      No

2. Is the creditor a credit union?

    Check One.   ☒ Yes       No

Form B240A, Reaffirmation Documents                                        Page 3

3. If your answer to EITHER question 1. or 2. above is "No" complete a. and b. below.

   a. My present monthly income and expenses are:

      i. Monthly income from all sources after payroll deductions
      (take-home pay plus any other income)                                    $ 5828.73

      ii. Monthly expenses (including all reaffirmed debts except           $ 5408.00
      this one)

      iii. Amount available to pay this reaffirmed debt (subtract ii from i)    $ 420.73

      iv. Amount of monthly payment required for this reaffirmed debt       $ 388.00

*If the monthly payment on this reaffirmed debt (line iv.) **is greater than** the amount you have available to pay this reaffirmed debt (line iii.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

   b. I believe this reaffirmation agreement will not impose an undue hardship on my dependents or on me because:

   Check one of the two statements below, if applicable:

      I can afford to make the payments on the reaffirmed debt because my monthly income is greater than my monthly expenses even after I include in my expenses the monthly payments on all debts I am reaffirming, including this one.

      I can afford to make the payments on the reaffirmed debt even though my monthly income is less than my monthly expenses after I include in my expenses the monthly payments on all debts I am reaffirming, including this one, because: _____

   Use an additional page if needed for a full explanation.

4. If you answers to BOTH questions 1. and 2. above were "Yes", check the following statement, if applicable:

      I believe this reaffirmation agreement is in my financial interest and I can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship"*

Form B240A, Reaffirmation Documents                                                                 Page 4

## III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I (We) hereby certify that:

i. I (We) agree to reaffirm the debt described above.

ii. Before signing this reaffirmation agreement, I (we) read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

iii. The Debtor's Statement in support of Reaffirmation Agreement (Part II above) is True and complete;

iv. I am (We are) entering into this agreement voluntarily and fully informed of my (our) rights and responsibilities; and

v. I (We) have received a copy of this completed and signed Reaffirmation Documents packet.

SIGNATURE(S):

Date 9-20-10   Signature _____ Debtor

Date 9/16/10   Signature _____ Joint Debtor, if any

If a joint reaffirmation agreement, both debtors must sign.

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor  FAA Credit Union              P.O. Box 26406, Oklahoma City, OK 73126
          Print Name                    Address
          MARTHA A Amos                 Martha A Amos        9-30-10
          Print Name of Representative  Signature            Date

## IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.
*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date  9-30-10   Signature of Debtor's Attorney _____

                Print Name of Debtor's Attorney  David Roberts